UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-348-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RICARDO BOWMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    March 7, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant was initially charged by Complaint and released on an appearance bond on September 1, 2006. (Dkt. 8-9.) When defendant failed to appear for arraignment on October

5, 2006 (Dkt. 16), a bench warrant was issued. Defendant was arrested on March 1, 2011 and remanded to custody pending an arraignment and bond revocation hearing. (Dkt. 20.) On March 7, 2011, defendant was arraigned on the charge of Felon in Possession of a Firearm. A plea of not guilty was entered and the case is set for trial before the Honorable Marsha J. Pechman. (Dkt. 24.)

(2) Defendant stipulated to entry of an order of detention. A bond revocation hearing has been scheduled before the Honorable Brian A. Tsuchida.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER          PAGE 2

01       counsel for the defendant, to the United States Marshal, and to the United States

02       Pretrial Services Officer.

03   DATED this 7th day of March, 2011.

05   _____
     Mary Alice Theiler
06   United States Magistrate Judge

DETENTION ORDER                                                              PAGE 3